# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

BASHIRA ABDULLAH CHARLES,   *

   Plaintiff   *

   v.   *   CIVIL NO. JKB-17-0016

ERIC D. HARGAN,   *

   **Defendant.**   *

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

On December 19, 2017, the Court granted Defendant's motion to dismiss in part, dismissed the majority of Plaintiff's claims, and stayed the case pending administrative resolution of a claim that was still possibly pending before the Equal Employment Opportunity Commission ("EEOC"). (*See* ECF No. 33.) The Court also ordered Plaintiff to provide a status update regarding the status of her administrative claim, and then ordered Defendant to provide a status update with the same information. (*See* ECF No. 35.) Defendant submitted such an update on February 12, 2018 (ECF No. 36), providing the following information: The EEOC has acknowledged Plaintiff's request for a hearing in regard to her Complaint (Agency No. HHS-NIH-NHGRI-043-16, "Complaint 043-16"), and an initial status conference is scheduled for March 7, 2018. At this conference the parties will select dates for a prehearing conference, hearing, and (possibly) a settlement conference.

It therefore appears that Complaint 043-16 is still pending before an agency, and will be for some time. Accordingly, IT IS HEREBY ORDERED:

1. The case shall remain STAYED until the Court is notified of the termination of administrative proceedings.

2. If Complaint 043-16 has not been resolved by June 1, 2018, the parties, either individually or by joint submission, SHALL SUBMIT to the Court a status update informing the Court of the status of Complaint 043-16.

DATED this 13th day of February, 2018.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge